IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEBRHATO TSEHAI,

    Plaintiff,                No. CIV S-06-1175 DFL DAD P

    vs.

M. SMITH, et al.,

    Defendants.        ORDER

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights complaint and an incomplete application to proceed in forma pauperis. Plaintiff has not submitted the first page of the in forma pauperis application form. Plaintiff will be granted thirty days to submit the missing page. Accordingly, IT IS ORDERED that plaintiff shall submit, within thirty days from the date of this order, the first page of his in forma pauperis application; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: June 9, 2006.

                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
tseh1175.3a